## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KENNETH TAGGART, | : No. 7 MM 2021 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| DEUTSCHE BANK NATIONAL TRUST | : |
| COMPANY AS TRUSTEE FOR MORGAN | : |
| STANLEY ABS CAPITAL I INC. TRUST | : |
| 2007-HE2, MORTGAGE PASS-THROUGH | : |
| CERTIFICATES, SERIES 2007-HE2 C/O | : |
| SPECIALIZED LOAN SERVICING, LLC | : |
| AND THE HONORABLE JEFFREY | : |
| TRAUGER IN HIS CAPACITY AS JUDGE, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2021, the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.